IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OSPREY LLC,<br><br>   Plaintiff,<br><br>v.<br><br>POOLWHALE, *et al.*,<br><br>   Defendants. | Civil Action No. 20-cv-1253<br><br>Judge Hardy |

### **Praecipe to Settle and Discontinue**

To the Clerk:

Kindly mark the case "settled and discontinued" as to the Defendant, FEKUIT.

Respectfully submitted,

Dated: February 15, 2022

 /s/Brian Samuel Malkin
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

Brian Samuel Malkin
Pa. ID No. 70448
bmalkin@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 - Telephone
(412) 741-9292 - Facsimile

Attorneys for Plaintiff